UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAUREEN KILLORAN and DAVID KILLORAN,<br>              Plaintiffs,<br>    v.<br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and THE PERMANENTE MEDICAL GROUP, INC. a California Corporation,<br>              Defendants. | Case No. 5:15-cv-00864 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiffs have moved for a temporary restraining order, requesting immediate relief. Because not all parties have consented to proceed before a magistrate judge, the undersigned lacks jurisdiction to hear plaintiffs' application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge. See 28 U.S.C. § 636.

SO ORDERED.

Dated: February 26, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:15-cv-00864-HRL Notice has been electronically mailed to:

David Sean Killoran    dkilloran@cbmlaw.com, dgatmen@cbmlaw.com