1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MAUREEN KILLORAN, et al.,

          Plaintiffs,

    v.

KAISER FOUNDATION HEALTH PLAN, INC., et al.,

          Defendants.

Case No.:15-cv-00864-LHK

**ORDER TO FILE RESPONSE TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 1

On February 25, 2015, Plaintiff Maureen Killoran filed an ex parte application for a temporary restraining order and an order to show cause. ECF No. 1. Plaintiff represents that she provided notice of her application via email to Ms. Ardella Robinson at Defendant Kaiser Permanente on February 25, 2015. Declaration of David S. Killoran in support of motion for a temporary restraining order, ECF No. 1-2, ¶ 22.

Defendants are hereby ordered to file a response to Plaintiff's application by 4 p.m. today, Thursday, February 26, 2015.

1

Case No.: 15-cv-00864-LHK
ORDER TO FILE RESPONSE TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

1   **IT IS SO ORDERED.**

2   Dated: February 26, 2015

3   _____

4   LUCY H. KOH
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2