UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAUREEN KILLORAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br><br>Defendants. | Case No.:15-cv-00864-LHK<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE DEFENDANTS**<br><br>Re: Dkt. Nos. 1, 6 |

Plaintiff is ordered to immediately serve a copy of the Court's February 26, 2015 order directing Defendants to file a response to Plaintiff's application for a temporary restraining order. ECF No. 6.

Plaintiff is further directed to file a statement containing email, telephone number, and address information for Defendants, including Ms. Ardella Robinson, by noon today, February 26, 2015.

1  **IT IS SO ORDERED.**

2  Dated: February 26, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 15-cv-00864-LHK
ORDER DIRECTING PLAINTIFF TO SERVE DEFENDANTS